**EAGLE COVE CAMP & CONFER-
ENCE CENTER, INC., et al.,
Plaintiffs-Appellants,**

v.

**TOWN OF WOODBORO, Wisconsin,
et al., Defendants-Appellees.**

No. 16-3194

United States Court of Appeals,
Seventh Circuit.

Submitted November 18, 2016 *

Decided January 25, 2017

Rehearing and Rehearing En Banc
Denied February 27, 2017

Arthur G. Jaros, Jr., Attorney, Oak
Brook, IL, for Plaintiffs-Appellants

Mark Baruch Hazelbaker, Attorney, Ha-
zelbaker & Associates, Madison, WI, for
Defendant-Appellee Town of Woodboro,
Wisconsin

Andrew A. Jones, Attorney, Husch
Blackwell LLP, Milwaukee, WI, for Defen-
dants-Appellees Oneida County, Wiscon-
sin, Oneida County Board of Adjustment

Before MICHAEL S. KANNE, Circuit
Judge ANN C. WILLIAMS, Circuit Judge

---

**ORDER**

In 2010, Appellants brought eleven
causes of action against Appellees, ten fed-
eral causes of action and one state cause of
action. The district court granted Appel-
lees motion for summary judgment and
dismissed with prejudice all ten federal
causes of action. The district court then
declined to exercise supplemental jurisdic-
tion over the remaining state law cause of
action and dismissed it without prejudice.
We affirmed. *Eagle Cove Camp & Confer-
ence Ctr., Inc. v. Town of Woodboro, Wis.*,
734 F.3d 673 (7th Cir. 2013).

Appellants filed this successive appeal
challenging the district court's denial of
their motion to vacate its original judg-
ment. We find the district court's reason-
ing in that order persuasive and affirm the
district court's order on those grounds.
*Eagle Cove Camp & Conference Ctr. Inc.
v. Town of Woodboro*, No. 10–cv–118–wmc,
2016 WL 6584687 (W.D. Wis. Aug. 11,
2016).

Additionally, Appellees moved to sanc-
tion Appellants under Federal Rule of Ap-
pellate Procedure 38 for raising frivolous
claims on appeal. We exercise our discre-
tion to deny that motion.

---

* This successive appeal has been submitted to a
quorum of the original panel under Operating
Procedure 6(b), Judge John D. Tinder having
retired since the time of our original decision.
See 28 U.S.C. § 46(d). After examining the
briefs and record, we have concluded that
oral argument is unnecessary. Thus the ap-
peal is submitted on the briefs and record. *See*
FED. R. APP. P. 34(a)(2).